UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                    ORDER

    v.

                    09-M-747 (SMG)

DUDLEY JERRICK

-----------------------------------------------------------X

        Upon the application of counsel for the defendant Len Kamdang of the Federal Defenders of New York,

        IT IS HEREBY ORDERED pursuant to 8 C.F.R. §287.7 that Dudley Jerrick, Reg. No. 64984-053, who has been held by the United States Marshal's Service for more than 48 hours on a detainer lodged by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, be released.

                                                      _____
                                                      The Honorable Steven M. Gold
                                                      United States Chief Magistrate Judge

Dated: August 6, 2009
       Brooklyn, NY