

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

AL
F.#2009R01533

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 3, 2010

By Hand Delivery and ECF

Kannan Sundaram, Esq.
Federal Defenders of New York, Inc.
1 Pierrepont Plaza, 16th floor
Brooklyn, New York 11201

       Re:  United States v. Dudely Ernest Jerrick
            Criminal Docket No. 09-591 (SJ)

Dear Mr. Sundaram:

       Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes additional discovery in the above-referenced matter. Enclosed please find copies of the following documents:

- Documents received from Citibank (DOJ DEJ 159-266);

- A subpoena to Citibank in response to watch the documents Bates-numbered DOJ DEJ 159-266 were received (DOJ DEJ 267-68);

- A search warrant affidavit regarding the defendant's phones (DOJ DEJ 269-74);

- A search warrant regarding the defendant's phones (DOJ DEJ 275-76); and

- A compact disc containing the results of the execution of the search warrant Bates-numbered DOJ DEJ 275-76 (CD 4).

2

        If you have any questions or further requests, please do not hesitate to contact me.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                   By:       /s/
                              Allon Lifshitz
                              Assistant U.S. Attorney
                              (718) 254-6164

Enclosures

cc:  Clerk of Court (JG) (by ECF) (w/o enclosures)