# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Leonard F. Joy
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

July 1, 2010

**Via ECF**
The Honorable John Gleeson
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York  11201

### Re:  United States v. Dudley Jerrick, 09-CR-591 (JG)

Your Honor:

I write to request that this case, which is scheduled for jury selection and trial on July 19, 2010, be adjourned for two weeks, to August 2, 2010.

As the Court is aware, I had knee surgery on June 15th, specifically a full reconstruction of my right patella tendon, which I ruptured about a week earlier.  I saw my orthopedic surgeon yesterday and was instructed to stay on crutches until I see him again on July 16th, the Friday before the current trial date.  I am still on pain medication and advised to stay off my feet as much as possible.  On July 16, 2010, my surgeon will determine whether I have sufficient strength and stability to graduate to walking with a cane (with a full leg brace).

Although I plan to return to work in some capacity, if able, to appear on one or two particularly time-sensitive matters before July 19, the 19th will be my first day back, full time and without crutches.  Accordingly, I respectfully request that I be permitted to start this trial on August 2nd, the next available jury return date.  If that date is not available, I request in the alternative that jury selection be conducted on July 19th and the trial adjourned to July 26th.

I have spoken with AUSA Allon Lifshitz, and he is checking on the availability of his witnesses but has no objection to the requested adjournment if they are available.

I apologize for any inconvenience and thank the Court for its consideration.

Respectfully submitted,

/ s /

Kannan Sundaram
Assistant Federal Defender
718-330-1200