AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK, BROOKLYN__

UNITED STATES OF AMERICA

V.

DUDLEY JERRICK

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 09-CR-591 (JG)

The Defendant was found not guilty by a jury verdict. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

s/John Gleeson

_____
Signature of Judge
JOHN GLEESON, U.S.D.J.
Name and Title of Judge

August 4, 2010
Date